IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03287-BNB

TIMOTHY DOYLE YOUNG,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on January 28, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 28 day of January, 2013.

                     FOR THE COURT,

                     JEFFREY P. COLWELL, Clerk

                     By: s/ S. Grimm
                       Deputy Clerk